In the Matter of the Petition of DONALD C. WEDGEWORTH, as Executor of HELEN C. WEDGEWORTH, Deceased, Appellant.

EMILY H. CURRIER, Respondent.

*Matter of Wedgeworth*, 178 App. Div. 997, affirmed.
(Argued January 9, 1917; decided January 23, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 10, 1916, which affirmed a decree of the Onondaga County Surrogate's Court dismissing a petition for an inquiry respecting certain personal property alleged to be part of the estate of Helen C. Wedgeworth, deceased. The proceeding was brought by the executor, under sections 2675 and 2676 of the Code of Civil Procedure, against the respondent, Emily H. Currier, in the nature of discovery and to obtain possession of securities consisting of eight mortgages, with accompanying bonds, on farms in different sections of the west, in the amount of $5,500, and eleven bonds issued by the Middlesex Banking Company of Middletown, Conn., in the amount of $4,000, the whole nineteen securities involved in the proceeding aggregating $9,500. The respondent, Emily H. Currier, appeared in the proceeding and submitted her answer, alleging title to the securities involved in the inquiry and right to the possession thereof.

*Carl E. Dorr* for appellant.

*Ceylon H. Lewis* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ. Absent: CHASE, J.